# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT


In Re                          * Chapter 7
                               * Case No. 19-30419(AMN)
     PETER SIKES,              *
                               *
               Debtor.         *
                               *
* * * * * * * * * * * * * * *

TRANSCRIPT OF

341 MEETING OF CREDITORS

HELD AT THE

OFFICE OF THE UNITED STATES TRUSTEE

150 COURT STREET

NEW HAVEN, CONNECTICUT

ON

APRIL 30, 2020


Electronically Recorded by the
Office of the United States Trustee


Transcript Prepared By:


Christine Fiore, CERT

Fiore Reporting and Transcription Service, Inc.
4 Research Drive, Suite 402
Shelton, CT  06484
(203)929-9992

2

APPEARANCES:

Chapter 7 Trustee:        BARBARA H. KATZ, ESQ.
                          57 Trumbull Street
                          New Haven, CT  06510

For the Debtor:           JAMES WINKEL, ESQ.
                          Harlow, Adams and Friedman
                          One New Haven Avenue
                          Suite 100
                          Milford, CT  06460

For the Creditor,         JEFFREY HELLMAN, ESQ.
 GigaNet Systems, Inc.:   Law Offices of Jeffrey
                           Hellman, LLC
                          195 Church Street
                          New Haven, CT  06510

1          TRUSTEE KATZ:  Section 341 meeting for

2     Peter Sikes, Chapter 7, Case No. 19-30419.  Would

3     you raise your right hand?

4          (The debtor is sworn.)

5          TRUSTEE KATZ:  Thank you.  Would you

6     please state your name?

7          MR. SIKES:  Peter Sikes.

8          TRUSTEE KATZ:  Thank you.

9          MR. WINKEL:  Jim Winkel on behalf of Mr.

10    Sikes.

11         TRUSTEE KATZ:  And Mr. Sikes has given me

12    a Connecticut driver's license and a printout from

13    the Social Security Administration.  The information

14    does match the petition.

15    EXAMINATION BY TRUSTEE KATZ:

16         Q    Have you reviewed the bankruptcy

17    information sheet prepared by the United States

18    trustee?

19         A    Yes.

20         Q    Did you review and sign the bankruptcy

21    petition and schedules, the statement of financial

22    affairs, and all the related documents before they

23    were filed with the court?

24         A    I did.

25         Q    Are you personally familiar with the

1    information in all of those documents?

2         A    Yes.

3         Q    To the best of your knowledge, is that

4    information true, complete, and accurate?

5         A    Yes.

6         Q    Are there any additions or corrections

7    that need to be made to the information?

8         A    No.

9         Q    Have you listed all of your assets?

10        A    Yes.

11        Q    Have you listed all of your creditors?

12        A    Yes.

13        Q    Have you ever filed for bankruptcy before?

14        A    No.

15        Q    Are the copies of the tax returns that I

16   received true and accurate copies of your last filed

17   returns?

18        A    Yes.

19        Q    I'll delete them.  And is your employment

20   information still the same as listed in your

21   schedules?

22        A    Yes.

23        Q    Are you making any court-ordered alimony

24   or support payments?

25        A    No.

1      Q      Is your home address still the same as

2    listed in your schedules?

3      A      Yes.

4      Q      Do you have a health savings account?

5      A      No.

6      Q      Do you have a car loan?

7      A      No.

8      Q      Do you intend to follow through with the

9    statement of intent regarding the treatment of your

10   mortgage, mortgages?

11          MR. WINKEL:  Are you going to continue to

12   pay a mortgage?

13     A      Yes.

14     Q      In the last four years, have you helped

15   anyone over the age of 18 with tuition or car loan

16   payments?

17     A      No.

18     Q      Other than your residence, is your name on

19   a bank account or a real estate deed with anyone for

20   any reason?

21     A      No.

22     Q      Okay.  You indicated you own your home.  I

23   have a market analysis that values it between 330

24   and $349,000.  Do you think that's a fair range of

25   value?

1       A    Yes.

2       Q    Okay.  And you have a first mortgage of

3    about 208,000?

4       A    Yes.

5       Q    Second mortgage is about 27,600?

6       A    Yes.

7       Q    Okay.  So Core Technologies in 2018 you

8    had non-passive income of over $101,000, and nothing

9    so far for 2019.  So what happened?

10      A    Well, the short story is the -- my bank

11   called in our credit line.  So Wells Fargo called in

12   our corporate lines of credit.

13      Q    Okay.

14      A    And just folded up the business.

15      Q    And do you know why the bank did that?

16      A    The last two years have been a declining

17   revenue years, so I'm sure they went through -- they

18   go through an analysis every year, and they have for

19   two years.  What they didn't tell me was they voted

20   demand note for 90 days payment for that line of

21   credit.  So I just couldn't pay it.

22      Q    Okay.  And you personally guaranteed that

23   obligation I assume; is that right?

24      A    I did.

25      Q    Okay.  And Shoreline Pixels, LLC, what's

1   that?

2       A    It's a photography business I originally

3   set up with my son and I.

4       Q    It's still operating?

5       A    It is.

6       Q    Who's the primary --

7       A    My wife.

8       Q    -- photographer?  Okay.

9       A    Oh, I'm the primary photographer.  I'm

10  sorry.

11      Q    You are?

12      A    Yeah.

13      Q    Okay.  And you have a 10 percent interest

14  in that?

15      A    Yes.

16      Q    All right.  So a couple of personal joint

17  accounts at Wells Fargo were closed pre-petition.

18  Why did that happen?

19      A    I wanted to be away from Wells Fargo as

20  far as I could get.

21      Q    Yes.  Sure.  But did you open -- and so

22  you opened new accounts at People's?

23      A    Yes.

24      Q    Okay.  Well, these two accounts are both

25  in the name of the LLCs, Core and Shoreline.  Do you

1    have a personal account?

2         A    I do not.

3         Q    Okay.  When was the last time you had a

4    personal bank account?

5         A    Wells Fargo.

6         Q    Okay.  And those were the ones you closed

7    before --

8         A    Correct.

9         Q    -- right before the filing.  Okay.  What

10   kind of assets did Core Technologies have, if any?

11        A    None.

12        Q    No?

13        A    Just me.

14        Q    Okay.  And Wells Fargo I assume had a

15   lien on whatever assets there were?

16        A    Yeah.

17        Q    Okay.  And does it have -- did it start

18   suit against you before you filed the bankruptcy?

19        A    No.

20        Q    Okay.  So they haven't put an attachment

21   on your home?

22        A    They have not.

23        Q    Okay.  Okay.

24        A    All I got was the lawyer letter basically,

25   you know.

Peter Sikes - April 30, 2020                                    9

1        Q      Right.  And that prompted you to --

2        A      Yeah.

3        Q      -- see Attorney Nugent --

4        A      Correct.

5        Q      -- or Attorney Winkel?  Okay.  In the

6    three months before the petition was filed on March

7    21, other than your mortgages or car loan, did you

8    pay any one creditor more than $600?

9        A      I think one or both of the credit cards.

10   At least one of them must have been over $600

11   probably.

12       Q      How much more do you think?

13       A      Probably $1200 or so.

14       Q      Okay.  All right.  In the year before the

15   filing, did you pay back any loans or obligations to

16   any family members or friends?

17       A      No.

18       Q      In the last four years, have you sold or

19   transferred any type of property to anyone?

20       A      No.

21       Q      In the last four years, have you made any

22   large or unusual gifts to anyone?

23       A      No.

24       Q      When you get income, does it go into an

25   account in somebody else's name?

1      A    No.  It goes directly into the business

2  account.

3      Q    Okay.  And do you use the business account

4  for personal expenses then?

5      A    No.  Try not to.

6      Q    Okay.

7      A    Tax --

8      Q    So are you relying on your wife's income?

9      A    I was, yeah.

10      Q    Okay.  All right.  In the last four years,

11  did you make any large or unusual gifts to anyone?

12      A    No.

13      Q    Is anyone holding any property that

14  belongs to you?

15      A    No.

16      Q    Is any -- are you holding any property

17  that belongs to someone else?

18      A    No.

19      Q    Do you have a safe deposit box?

20      A    I do not.

21      Q    Does anyone owe you any money?

22      A    No.

23      Q    Are you suing anyone?

24      A    No.

25      Q    Are you thinking about suing anyone?

1       A    No.

2       Q    Do you have any claims against anyone

3   you've decided not to pursue?

4       A    No.

5       Q    Has anyone died and left you anything

6   you're still waiting to receive?

7       A    No.

8       Q    And you heard my instructions about what

9   to do if someone should pass away?

10      A    I did.

11      Q    Do you agree to follow them?

12      A    Yes.

13      Q    Thank you.  Are you holding any winning

14   lottery tickets, casino chips, or points?

15      A    No.

16           TRUSTEE KATZ:  Are there any

17   reaffirmations?

18           MR. WINKEL:  No.

19           TRUSTEE KATZ:  Okay.  Any creditors who

20   wish to inquire?

21           MR. HELLMAN:  Yes.

22           TRUSTEE KATZ:  Just identify yourself and

23   your client.

24           MR. HELLMAN:  Sure.  Certainly.  Mr.

25   Sikes, my name is Jeff Hellman and I'm representing

1    GigaNet Systems, Inc.

2              TRUSTEE KATZ:  Could you spell that?

3              MR. HELLMAN:  Yes.  G-i-g-a-N-e-t.

4              TRUSTEE KATZ:  Thank you.

5              MR. HELLMAN:  I've got a few questions

6    today.  I'm going to start by following up with a

7    few of Trustee Katz's questions.

8    EXAMINATION BY MR. HELLMAN:

9         Q    How are you paying your bills on a monthly

10   basis?  What's your source of income.

11        A    Are we talking to prior to filing 3/21?

12        TRUSTEE KATZ:  It's not my question.

13        A    Are we talking about prior to filing?

14        Q    I'm talking about --

15        A    What date?

16        Q    -- right now.  Right now, how are you

17   paying --

18        A    Just right now?

19        Q    Yes.

20        A    I have a second business, Shoreline

21   Pixels.

22        Q    Okay.  And how much money do you make from

23   Shoreline Pixels?

24        A    As of today?

25        Q    Yes.

1      A     I would say about five or $6,000 a month.

2      Q     Okay.  And from -- and what do you do with

3  that money when you receive it?

4            MR. WINKEL:  I'm going to object.  Can you

5  be a little more specific?

6            MR. HELLMAN:  Well, he said -- testified

7  he has no bank account.  So I'm trying to figure out

8  what he does with the money.

9      Q     You obviously don't deposit it in the bank

10  because you don't have a bank account.

11      A     Mm-hmm.

12      Q     So what do you do with the money?

13      A     Well, remember, I'm not the primary owner

14  of Shoreline Pixels, so if there is a profit made in

15  a month to month basis, I would deposit it into my

16  wife's account.

17      Q     Okay.  And when did you start depositing

18  money from Shoreline Pixels into your wife's

19  account?

20      A     April 1st.

21      Q     Okay.  Prior to the bankruptcy filing, you

22  made no deposits from Shoreline Pixels into your

23  wife's account?

24      A     I did not.

25      Q     Okay.  What did you do with the money from

Peter Sikes – April 30, 2020

1   Shoreline Pixels prior to bankruptcy?

2        A    It went into my own personal account,

3   joint account, Wells Fargo.

4        Q    Okay.  Now, who are the other owners of

5   Shoreline Pixels?

6        A    My wife and I.

7        Q    Okay.  And according to your schedules, I

8   believe you own 10 percent of the company; is that

9   correct?

10       A    That's correct.

11       Q    She owns 90 percent?

12       A    That's correct.

13       Q    How much capital did you contribute and

14  how much capital did your wife contribute to

15  Shoreline Pixels?

16       A    Capital?  I'd say none.

17       Q    The business was started with no capital?

18       A    That's correct.

19       Q    Okay.  What type of business is it?

20       A    Photography.

21       Q    Okay.  So what type of equipment does it

22  use?

23       A    Cameras.

24       Q    Okay.  Where did you get the money to buy

25  the camera?

1      A    I've been a hobbyist for 20 years.

2      Q    Okay.  So these are personal cameras that

3  you've owned --

4      A    They are.

5      Q    -- for a period of time?  Why did you

6  decide to have your wife own 90 percent and you 10

7  percent?

8      A    We needed to have two people stay away

9  from a sole proprietorship under the advice of my

10  tax lawyer.

11      Q    Okay.  When was Shoreline Pixels

12  established?

13      A    I would say three years ago.

14      Q    Okay.  And has the ownership changed at

15  all during those three years?

16      A    No.

17      Q    Now, you -- you have an IRA; is that

18  correct?

19      A    That's correct.

20      Q    Where is the IRA held?

21      A    Wells Fargo.

22      Q    And it remains at Wells Fargo?

23      A    For the time being, yes.

24      Q    Okay.  Is that Wells Fargo Bank or Wells

25  Fargo Securities?

Peter Sikes - April 30, 2020                    16

1        A    Wells Fargo Securities out of Charlotte.

2        Q    Okay.  And when was the last contribution

3   you made to the IRA and in what amount?

4        A    2016, $6,000.

5        Q    Okay.  All previous funding would have

6   been before that?

7        A    Yes.

8        Q    Okay.  So there's been no funding since

9   2016?

10       A    That's correct.

11       Q    Okay.  The loan from the second mortgage

12  with Provident, when was the -- when was that

13  mortgage obtained?

14       A    The Provident second loan -- second loan

15  is a home equity line or is it my primary mortgage

16  you're asking about?

17       Q    Let me --

18       A    Provident is my primary mortgage.

19       Q    Oh, Provident is your primary mortgage.  I

20  missed -- I misunderstood.  I thought that the

21  People's was.  Okay.  So Provident is your primary

22  mortgage.  When did you obtain that?

23       A    Provident?

24       Q    Yes.

25       A    Let's see, the primary mortgage was 1990.

1    Provident loan was a refinance, I would say it was

2    probably five years ago.

3        Q    Okay.  And the People's loan which then

4    would be the second mortgage, if I understand

5    correctly?

6        A    That's correct.

7        Q    When did you obtain the People's mortgage?

8        A    People's mortgage was a -- was also a

9    refinance, moving my assets out of Wells Fargo.  So

10   that line of credit was simply moved from Wells

11   Fargo to People's, I want to say four months ago.

12       Q    Okay.  And so you obtained a new home

13   equity line of credit four months ago?

14       A    I think so, yeah.

15       Q    Okay.

16       A    I can get you the exact dates if you'd

17   like.

18       Q    All right.  And you simply transferred

19   over an existing balance?

20       A    I wanted all of my assets out of Wells

21   Fargo, yes.

22       Q    Okay.  When did Wells Fargo first make

23   demand upon you?

24            MR. WINKEL:  I'm going to object.  I'm not

25   sure where this is going and what it has to do with

1   assets.  I think we're getting a little far afield

2   here.

3             TRUSTEE KATZ:  I can't rule, so I --

4             MR. HELLMAN:  I think it's a proper

5   question.  I'm going to be entitled to do a 2004

6   exam anyway, but then we might as well try and see

7   if we can do this now and maybe obviate the need for

8   one.

9             TRUSTEE KATZ:  Well, bring -- I can --

10  I've got one attorney present for 9:30.  So I can

11  give you a little bit of leeway, but obviously I've

12  got other cases I need to deal with.

13            MR. HELLMAN:  I'm aware.  I know we can't

14  go on forever.

15            TRUSTEE KATZ:  Right.

16       Q    When did Wells Fargo first make demand?

17       A    It was January 2018.

18       Q    January of 2018.  Okay.  But the business

19  -- when did the business close down?

20       A    Filed for dissolution on March the 1st of

21  this year.

22       Q    Okay.  Now, the Pentagon Federal Credit

23  Union, what is the nature of that loan?

24       A    The PenFed Credit loan is a consolidation

25  of student loan debt, between four separate lines of

1    student loans for my two sons.  I simply was

2    consolidating all four of those loans into one to

3    get a lower rate for the four.

4         Q    Okay.

5         A    They're not -- as I understand it, student

6    loans are not dischargeable and I think we were

7    paying too much.  That was -- that's what that's

8    about.

9         Q    Okay.  Did you pay -- have you made any

10   tuition payments on behalf of your sons?

11        A    Tuition payments?  These are --

12        Q    Yes.

13        A    -- loan payments against the tuition,

14   yeah.

15        Q    Yeah.  Have you made any payments directly

16   to the schools on behalf of either of your children?

17        A    Well, they both graduated in 2010, so it's

18   been a while since I've paid anything to schools.

19        Q    Okay.  So it's a long time ago.  All

20   right.  And how much did Wells Fargo recover when

21   they made demand?

22        A    How much did Wells Fargo recover from

23   what?

24        Q    From their -- they call it your credit

25   lines.  Did they seize any assets?

1        A    No.  I folded it up.

2        Q    Did they recover any assets within 90

3   days?

4        A    Of what date?

5        Q    Of the bankruptcy.

6        A    No.

7             MR. HELLMAN:  Now, how much -- how much

8   time do I have, Barbara?

9             TRUSTEE KATZ:  I would say five minutes

10  max.

11            MR. HELLMAN:  Five minutes?

12            TRUSTEE KATZ:  Yes.

13            MR. HELLMAN:  All right.

14       Q    The demand from Wells Fargo, was that a

15  demand to Core or just -- or to you personally or

16  both in January of '18?

17       A    I think it was to both.  I think it was to

18  Core Technologies, which is the line of credit, and

19  since I was a personal guarantor on that loan, they

20  probably issued it twice, but I'm going strictly

21  from memory.  It was certainly Core.  It may have

22  been me.

23       Q    And how did the business continue to

24  function over that additional year, then?

25       A    From our assets in the first year.  The

1    first part of that year.  Which year?  You mean

2    2018, last year?

3         Q    2018, yes.

4         A    From whatever assets we had remaining in

5    our accounts.

6         Q    Now, did you give any financial statements

7    to People's in connection with the new home equity

8    loan?

9         A    Financial statements?  Sure.  I think they

10   had three years of financial statements.

11        Q    What did you represent your income to be

12   at the time that you submitted those to People's?

13        A    At what time?

14        Q    When you got the new home equity loan --

15        A    Since the date of the loan?

16        Q    Yes.

17        A    I don't think I had to.  I think I just

18   had to give them the last three statements.

19        Q    The last three tax returns you mean?

20        A    Correct.

21        Q    Okay.

22        A    Remember now, the loan was established in

23   the first quarter of this year, they would have had

24   -- I think they did have the statements right up, up

25   until the first of this year, which would have been

1    last year's, 2018.

2              MR. HELLMAN:  I've got a lot more

3    questions, but I don't want to keep everybody

4    waiting.

5              TRUSTEE KATZ:  Yes.  I --

6              MR. HELLMAN:  I think perhaps we should

7    continue this at a 200' -- a Rule 2004 examination.

8              TRUSTEE KATZ:  Okay.  I just have one

9    follow-up question.

10   EXAMINATION BY TRUSTEE KATZ:

11        Q    Looking at the bank statement for

12   Shoreline Pixels, there was a checking withdrawal on

13   March 15 of $5,000.  What was done with that money?

14        A    That was a tax refund that my accountant

15   routed to the Shoreline Pixels account by accident.

16   It should have gone directly into our personal

17   account.  So it went in and then we just posted it

18   right back out to a personal account.

19        Q    Okay.  So what's the personal account?

20   Because you said you have no personal account.

21        A    Andrea's personal account.

22        Q    Her account.  And where is that?

23        A    That's in People's, too.

24        Q    People's, too.  Is your wife currently

25   employed?

1      A     Pardon me?

2      Q     Is your wife working?

3      A     Yes, ma'am.

4      Q     Okay.

5            TRUSTEE KATZ:  Okay.  Any other creditors?

6            MR. HELLMAN:  One -- one quick follow-up

7      on that.

8            TRUSTEE KATZ:  Quick follow-up, okay.

9      EXAMINATION BY MR. HELLMAN:

10     Q     Did you --

11     A     Before you ask another question, what is a

12     2004?

13           MR. WINKEL:  I'll go over that with you.

14           MR. SPIKES:  Okay.

15     Q     Does --

16     A     Shoot.

17     Q     -- does your wife draw any income from

18     Shoreline Pixels?

19     A     No.  Well, I would say yes.  Any deposit

20     that's made from Shoreline Pixels into her account

21     is income for her.

22     Q     Okay.  So the revenue from Shoreline

23     Pixels goes into your wife's account essentially?

24     The profits I should say from Shoreline Pixels?

25     A     Yeah.  As of April 1st, correct.

Peter Sikes – April 30, 2020

1          Q     Okay.  And that would include any

2    compensation due to you and any compensation due to

3    her; is that correct?

4          A     Yeah.  I mean, yeah.  That's --

5          Q     Okay.  And does she do any work for

6    Shoreline Pixels?

7          A     No.

8          Q     Okay.  What does she do for a living?

9          A     She works as a office manager doing

10   accounts receivable.

11         Q     For what business?

12         A     It's for a bio-medical systems supplier in

13   Guilford.

14              MR. HELLMAN:  I think that's enough for

15   today.  We'll follow-up the rest at the 2004

16   examination.

17              TRUSTEE KATZ:  Okay.  So the meeting is

18   closed.  I've got to think about whether or not I'm

19   going to file a report of no distribution, and if

20   you see one come through, you'll know that I -- the

21   answer is yes.

22              MR. HELLMAN:  All right.  Thank you.

23         (Meeting concluded.)

24

25

1    I, CHRISTINE FIORE, court-approved transcriber and

2    certified electronic reporter and transcriber,

3    certify that the foregoing is a correct transcript

4    from the official electronic sound recording of the

5    proceedings in the above-entitled matter.

6

7                    *Christine Fiore*

8    _____         July 31, 2020

9        Christine Fiore, CERT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24