# EXHIBIT G

# Custom Management® Checking

Account number: ▮▮▮▮▮9302  ■ April 24, 2018 - May 22, 2018  ■ Page 1 of 5



PETER R SIKES
ANDREA SIKES
13 WOODSVALE RD
MADISON CT 06443-1750

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (221)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ✓ |
| Online Statements | ✓ | Overdraft Protection | ✓ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

Account number: ▮▮▮▮▮9302
**PETER R SIKES**
**ANDREA SIKES**
Connecticut account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 021101108

## Activity summary

| | |
|---|---:|
| Beginning balance on 4/24 | $54,383.46 |
| Deposits/Additions | 1,013.46 |
| Withdrawals/Subtractions | - 53,446.90 |
| **Ending balance on 5/22** | **$1,950.02** |

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:
  ■  Savings - ▮▮▮▮▮5858

Account number: ███████9302 ■ April 24, 2018 - May 22, 2018 ■ Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/25 | | Purchase authorized on 04/24 Starfish Market Guilford CT S388114721922434 Card 3722 | | 21.19 | |
| 4/25 | | Purchase authorized on 04/25 Franco's Wine Madison CT P00000000073733592 Card 3722 | | 13.35 | 54,348.92 |
| 4/26 | | Purchase Return authorized on 04/25 Sherwin Williams 7 Branford CT S618116547213241 Card 3722 | 13.46 | | |
| 4/26 | | Purchase authorized on 04/25 Cts*Frontier Onlin 800-921-8101 CT S388115713044834 Card 3722 | | 145.27 | 54,217.11 |
| 4/27 | | Purchase authorized on 04/26 Actblue*Sherrodbro Actbluecc.Com MA S468117025391076 Card 3714 | | 28.60 | 54,188.51 |
| 4/30 | | Purchase authorized on 04/28 Rings End Madison Madison CT P00388118574148294 Card 3722 | | 21.37 | |
| 4/30 | | Purchase authorized on 04/28 Rings End Madison Madison CT P00308118626825770 Card 3722 | | 0.43 | |
| 4/30 | | WF Loan/Line Auto Pay 180427 818164725081998 Sikes Peter 681 | | 179.87 | 53,986.84 |
| 5/1 | | Purchase authorized on 04/29 Chewy.Com 800-672-4399 FL S308120238606363 Card 3714 | | 57.58 | |
| 5/1 | | Purchase authorized on 04/30 Landon Lumber Comp 2032450600 CT S308120602866071 Card 3722 | | 7.50 | 53,921.76 |
| 5/2 | | Purchase authorized on 05/01 Starfish Market Guilford CT S308121679573424 Card 3722 | | 14.27 | |
| 5/2 | 4010 | Check | | 50,000.00 | 3,907.49 |
| 5/3 | | Purchase authorized on 05/03 Coastal Wine & Spi Branford CT P00588123722221997 Card 3714 | | 389.76 | 3,517.73 |
| 5/4 | | Purchase authorized on 05/04 Dollar Tree 880 Boston PO Guilford CT P00388124747998720 Card 3722 | | 1.06 | |
| 5/4 | | Purchase authorized on 05/04 Big Y 55 Guilford Guilford CT P00000000437053867 Card 3722 | | 9.99 | 3,506.68 |
| 5/7 | | Purchase authorized on 05/03 Tst* Brother Mike' Madison CT S308124022497640 Card 3722 | | 55.71 | |
| 5/7 | | Purchase authorized on 05/04 Sandy Hook Promise 800-4498012 CT S588125069070691 Card 3714 | | 25.00 | |
| 5/7 | | Purchase authorized on 05/05 USPS PO 08384204 781 Bost Madison CT P00588125535533772 Card 3722 | | 5.20 | |
| 5/7 | | Purchase authorized on 05/05 Roberts Food Ce Madison CT P00000000672120047 Card 3722 | | 13.15 | |
| 5/7 | | Purchase authorized on 05/05 Roberts Food Ce Madison CT P00000000276353446 Card 3722 | | 5.96 | |
| 5/7 | | Purchase authorized on 05/06 Killingworth True Valu Killingworth CT P00000000771859207 Card 3722 | | 25.51 | 3,376.15 |
| 5/8 | | Recurring Payment authorized on 05/07 New York Times Dig 800-698-4637 NY S468127482674694 Card 3714 | | 15.15 | 3,361.00 |
| 5/9 | | Purchase authorized on 05/07 McDonald's F7473 Darien CT S468127600652637 Card 3722 | | 4.98 | |
| 5/9 | | Purchase authorized on 05/07 Vending Stamford V Stamford CT S388127693933265 Card 3722 | | 0.60 | |
| 5/9 | | Purchase authorized on 05/07 Vending Stamford V Stamford CT S468127694523290 Card 3722 | | 1.10 | |
| 5/9 | | Purchase authorized on 05/08 Newhaven Parking M New Haven CT S588128582621939 Card 3722 | | 3.00 | 3,351.32 |
| 5/14 | | Purchase authorized on 05/11 LA Cuisine Restaur Branford CT S588131558075048 Card 3722 | | 15.63 | |
| 5/14 | | Purchase authorized on 05/12 Starfish Market Guilford CT S468132685288188 Card 3722 | | 13.77 | |
| 5/14 | | Purchase authorized on 05/12 Wal-Mart #3544 Guilford CT P00000000172452619 Card 3722 | | 3.52 | 3,318.40 |
| 5/15 | | Purchase authorized on 05/15 The Fresh Market, Guilford CT P00468135645341597 Card 3722 | | 20.11 | 3,298.29 |

Account number: ████████9302 ■ April 24, 2018 - May 22, 2018 ■ Page 3 of 5 

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/16 | | Purchase authorized on 05/15 Starfish Market Guilford CT S468135653381061 Card 3722 | | 20.99 | 3,277.30 |
| 5/18 | | Purchase authorized on 05/16 Crystal Hanger Cle Guilford CT S308136633450096 Card 3722 | | 37.63 | |
| 5/18 | | Purchase authorized on 05/16 Apl* Itunes.Com/Bi 866-712-7753 CA S388137020889361 Card 3714 | | 6.05 | |
| 5/18 | | Purchase authorized on 05/17 Van Wilgen's Garde North Branfor CT S308137670178866 Card 3714 | | 87.00 | 3,146.62 |
| 5/21 | | Online Transfer From Sikes P Savings xxxxxxxxx5858 Ref #Ib04M86W48 on 05/19/18 | 1,000.00 | | |
| 5/21 | | Purchase authorized on 05/18 Moxie Madison CT S468138798039175 Card 3722 | | 46.82 | |
| 5/21 | | Purchase authorized on 05/19 Actblue*Chrismurph Actbluecc.Com MA S388140049423286 Card 3714 | | 27.50 | |
| 5/21 | | Purchase authorized on 05/19 Crown Street Parki New Haven CT S308140229988029 Card 3722 | | 8.00 | |
| 5/21 | | Purchase authorized on 05/20 Kohls 1507 40 Spencer Pla Old Saybrook CT P00308140622253857 Card 3714 | | 114.28 | |
| 5/21 | | Bill Pay Provident Fundin on-Line xxxxx10174 on 05-21 | | 2,000.00 | 1,950.02 |
| Ending balance on 5/22 | | | | | 1,950.02 |
| Totals | | | $1,013.46 | $53,446.90 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)



| Number | Date | Amount |
|---|---|---|
| 4010 | 5/2 | 50,000.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/24/2018 - 05/22/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $1,950.02 ☑ |
| · A qualifying direct deposit | $500.00 | $0.00 ☐ |
| · A monthly automatic payment of Wells Fargo home equity/personal loan or personal line of credit | 1 | 1 ☑ |
| · A monthly automatic payment to a Wells Fargo home mortgage | 1 | 0 ☐ |

JM/JM

## ✓ IMPORTANT ACCOUNT INFORMATION

Important information about legal process fees.

Account number: ▮▮▮▮▮▮▮▮9302  ■ April 24, 2018 - May 22, 2018  ■ Page 4 of 5



---

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. The Bank will assess no more than a total of $250 in legal process fees per account, per calendar month. Please note that the calendar month may not coincide with your statement cycle.