# EXHIBIT H

8/19/2019



ANDREA SIKES
13 WOODSVALE RD
MADISON CT 06443

Statement of Accounts
█████ 5948

Statement Date
May 07, 2018

Days in stmt period
32

Back of Statement (Checking Account)
Back of Statement (CD or Savings)

View as PDF

**Direct Inquiries to:**
**CALL CENTER**
**1-800-894-0300**
**People's United Bank, N.A.**
**752 Boston Post Road**
**Madison CT 06443**

## Statement Summary

| Account | Number | Ending Balance |
|---|---|---|
| Plus Checking | █████ 5948 | $3,253.60 |
| Plus Savings | █████ 9393 | $50,500.18 |

## Plus Savings █████ 9393

**Account Contact(s):**
ANDREA SIKES

| | |
|---|---|
| Average balance | $9,875.01 |
| Interest paid year to date | $0.18 |

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-05 | Beginning balance | | | $500.01 |
| 05-02 | #Deposit Tlr 7605 Br 76 | $50,000.00 | | $50,500.01 |
| 05-07 | #Interest | $0.17 | | $50,500.18 |
| 05-07 | Ending totals | $50,000.17 | $0.00- | $50,500.18 |

### INTEREST INFORMATION

| | |
|---|---|
| Annual percentage yield earned | 0.02% |
| Interest-bearing days | 32 |
| Average balance for APY | $9,875.01 |
| Interest earned | $0.17 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this Period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |