## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Peter Sikes | : | Case No. 19-30419 |
|     Debtor | : | |
| | : | |
| William K. Harrington, United States | : | |
| Trustee for Region 2 | : | Adv. Proc. No. 20-03039 |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Peter Sikes | : | |
|     Defendant | : | December 3, 2020 |

### ANSWER

1-12. Paragraph's 1 through 12 are admitted.

23-29. Paragraph's 23 through 29 are admitted.

30-33. As to Paragraph's 30 through 33 the Defendant lacks sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

34-45. Paragraph's 34 through 45 are admitted.

46-55. Paragraph's 46 through 55 are admitted.

56. The Defendant incorporates his responses to Paragraph's 1 through 55 herein.

57. Admitted.

58-59. Paragraph's 58 & 59 are denied.

60. The Defendant incorporates his responses to Paragraph's 1 through 55 herein.

61. Admitted.

62-63. Paragraph's 62 & 63 are denied.

64. The Defendant incorporates his responses to Paragraph's 1 through 55 herein.

65. Denied.

66. The Defendant incorporates his responses to Paragraph's 1 through 55 herein.

67. Denied.

68. The Defendant incorporates his responses to Paragraph's 1 through 55 herein.

69. Denied.

70. The Defendant incorporates his responses to Paragraph's 1 through 55 herein.

71. Denied.

DEBTOR/DEFENDANT,

BY: _____
James M. Nugent  ct# 08822
Harlow, Adams & Friedman, P.C.
One New Haven Avenue, Suite 100
Milford, CT 06460
Tele No. (203)878-0661
Jmn@quidproquo.com

## CERTIFICATION

The undersigned hereby certifies that on December 3, 2020, a copy of the Answer was filed and served to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

DEBTOR/DEFENDANT,

BY: _____
James M. Nugent ct# 08822
Harlow, Adams & Friedman, P.C.
One New Haven Avenue, Suite 100
Milford, CT 06460
Tele No. (203) 878-0661
Jmn@quidproquo.com