**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| **In re** | |
| **PETER SIKES,** | Case No. 19-30419 (AMN) |
| Debtor. | Chapter 7 |
| | |
| **WILLIAM K. HARRINGTON,** | Adv. Proc. 20-03039 (AMN) |
| **United States Trustee for Region 2,** | |
| Plaintiff, | |
| v. | |
| **PETER SIKES,** | |
| Defendant. | |

**ORDER APPROVING STIPULATION AND JUDGMENT REVOKING DEBTOR PETER SIKES' DISCHARGE PURSUANT TO 11 U.S.C. § 727(d) AND DENYING DISCHARGE PURSUANT TO 11 U.S.C. §§ 727(a)(2) AND (a)(4)(A)**

On June 28, 2021, William K. Harrington, the United States Trustee for Region 2, filed a Motion seeking approval of a stipulation (the "Stipulation") with the debtor, Peter Sikes (the "Debtor") to revoke his discharge pursuant to 11 U.S.C. § 727(d) and deny him a discharge pursuant to 11 U.S.C. §§ 727(a)(2) and (a)(4)(A) (hereinafter, the "Motion"). After consideration of the Motion and the statements made on the record during a hearing held on July 22, 2021, including statements by the Debtor, who personally appeared and was canvassed by the court, that he knowingly consents to the terms of the stipulation, the court concludes there is good cause to approve the Stipulation.

Accordingly, it is hereby

**ORDERED:** That, the Stipulation attached to the Motion is approved and entered as an Order of the court; and it is further

**ORDERED:** That, judgment for the United States Trustee against the Debtor is entered pursuant to 11 U.S.C. §§ 727(d), (a)(2), and (a)(4)(A); and it is further

**ORDERED:** That, the Debtor's discharge, previously entered in Chapter 7 Case No. 19-30419 on September 6, 2019, is hereby REVOKED; and it is further

**ORDERED:** That, the Debtor shall NOT receive a discharge of his debts pursuant to §727(a) incurred as of or prior to March 21, 2019 (the "Petition Date") in this bankruptcy case (Case No. 19-30419) or any future chapter 7 or chapter 11 bankruptcy proceeding; and it is further

**ORDERED:** That, the Clerk of the court shall serve this Order on all creditors and all parties in interest entitled to notice pursuant to Fed.R.Bankr.P. 2002(f)(6) and 4006; and it is further

**ORDERED:** That, the Clerk shall close this adversary proceeding.


Dated this        day of July, 2021, at New Haven, Connecticut.